ROBERT W. FREEMAN, ESQ.
Nevada Bar No. 003062
Email: Robert.Freeman@lewisbrisbois.com
DANIELLE C. MILLER, ESQ.
Nevada Bar No. 009127
Email: Danielle.Miller@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
702.893.3383
FAX: 702.893.3789
*Attorneys for Defendant*
*GEICO General Insurance Company*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ANDREA LAUREL,<br><br>              Plaintiff,<br><br>       vs.<br><br>GEICO GENERAL INSURANCE COMPANY. a Foreign Corporation; DOES 1 through 10; ROE ENTITIES 11 through 20, inclusive jointly and severally,<br><br>              Defendants. | CASE NO.  2:15-cv-02110-JCM-CWH<br><br>**STIPULATION AND ORDER TO DISMISS PLAINTIFF'S EXTRA-CONTRACTUAL CLAIMS** |

    IT IS HEREBY STIPULATED and AGREED between Plaintiff ANDREA LAUREL ("Plaintiff"), by and through her counsel, the Richard Harris Law Firm, and Defendant GEICO GENERAL INSURANCE COMPANY ("Defendant") by and through its counsel, Lewis Brisbois Bisgaard & Smith LLP, that the Second and Third Causes of Action of Plaintiff's Complaint against Defendant in the above-entitled action shall be dismissed, with prejudice, each party to bear their own attorneys' fees and costs.

/ / /

/ / /

/ / /

/ / /

/ / /

4818-6895-7229.1

IT IS FURTHER STIPULATED AND AGREED that Plaintiff's prayer for exemplary and punitive damages shall also be dismissed with prejudice.

DATED this 2nd day of March, 2016.          DATED this 2nd day of March, 2016.

RICHARD HARRIS LAW FIRM                      LEWIS BRISBOIS BISGAARD & SMITH LLP

By: */s/ Kyle A. Stucki*                     By: */s/ Danielle C. Miller*
    KYLE A. STUCKI, ESQ.                         ROBERT W. FREEMAN, ESQ.
    Nevada Bar No. 012646                        Nevada Bar No. 003062
    801 South Fourth Street                      DANIELLE C. MILLER, ESQ.
    Las Vegas, Nevada 89101                      Nevada Bar No. 009127
    *Attorneys for Plaintiff*                    6385 S. Rainbow Boulevard, Suite 600
                                                 Las Vegas, Nevada 89118
                                                 *Attorneys for Defendant*
                                                 *GEICO General Insurance Company*

### ORDER

IT IS SO ORDERED.

DATED March 3, 2016.

_____
UNITED STATES DISTRICT JUDGE

Respectfully Submitted by:

LEWIS BRISBOIS BISGAARD & SMITH LLP

By */s/ Danielle C. Miller*
    ROBERT W. FREEMAN, ESQ.
    Nevada Bar No. 003062
    DANIELLE C. MILLER, ESQ.
    Nevada Bar No. 009127
    6385 S. Rainbow Boulevard, Suite 600
    Las Vegas, Nevada 89118
    *Attorneys for Defendant GEICO*
    *General Insurance Company*