```
1  ROBERT W. FREEMAN, ESQ.
   Nevada Bar No. 003062
2  Email: Robert.Freeman@lewisbrisbois.com
   DANIELLE C. MILLER, ESQ.
3  Nevada Bar No. 009127
   Email: Danielle.Miller@lewisbrisbois.com
4  LEWIS BRISBOIS BISGAARD & SMITH LLP
   6385 S. Rainbow Boulevard, Suite 600
5  Las Vegas, Nevada 89118
   702.893.3383
6  FAX: 702.893.3789
   Attorneys for Defendant
7  GEICO General Insurance Company
```

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| ANDREA LAUREL, | CASE NO. 2:15-cv-02110-JCM-CWH |
|---|---|
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| GEICO GENERAL INSURANCE COMPANY. a Foreign Corporation; DOES 1 through 10; ROE ENTITIES 11 through 20, inclusive jointly and severally, | |
| Defendants. | |

IT IS HEREBY STIPULATED and AGREED between Plaintiff ANDREA LAUREL ("Plaintiff"), by and through her counsel, RICHARD HARRIS LAW FIRM, and Defendant GEICO GENERAL INSURANCE COMPANY ("GEICO") by and through its counsel, LEWIS BRISBOIS BISGAARD & SMITH LLP, that all of Plaintiff's claims and

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

4828-2005-2272.1

causes of action against GEICO in the above-entitled action shall be dismissed, with prejudice, each party to bear their own attorney's fees and costs.

DATED this 14th day of April, 2016.　　　　DATED this 14th day of April, 2016.

RICHARD HARRIS LAW FIRM　　　　　　　LEWIS BRISBOIS BISGAARD & SMITH LLP

*/s/ Kyle A. Stucki*　　　　　　　　　　　　*/s/ Danielle C. Miller*
By: _____　　　　　　By: _____
　KYLE A. STUCKI, ESQ.　　　　　　　　　　ROBERT W. FREEMAN, ESQ.
　Nevada Bar No. 012646　　　　　　　　　　Nevada Bar No. 003062
　801 South Fourth Street　　　　　　　　　　DANIELLE C. MILLER, ESQ.
　Las Vegas, Nevada 89101　　　　　　　　　Nevada Bar No. 009127
　*Attorneys for Plaintiff*　　　　　　　　　　6385 S. Rainbow Boulevard, Suite 600
　　　　　　　　　　　　　　　　　　　　　Las Vegas, Nevada 89118
　　　　　　　　　　　　　　　　　　　　　*Attorneys for Defendant*
　　　　　　　　　　　　　　　　　　　　　*GEICO General Insurance Company*

## ORDER

IT IS SO ORDERED.

DATED  April 20, 2016.

_____
UNITED STATES DISTRICT JUDGE

Respectfully Submitted by:

LEWIS BRISBOIS BISGAARD & SMITH LLP

*/s/ Danielle C. Miller*
By _____
　ROBERT W. FREEMAN, ESQ.
　Nevada Bar No. 003062
　DANIELLE C. MILLER, ESQ.
　Nevada Bar No. 009127
　6385 S. Rainbow Boulevard, Suite 600
　Las Vegas, Nevada 89118
　*Attorneys for Defendant GEICO*
　*General Insurance Company*